UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 07-0385-GW |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER RE: DEFENDANT'S MOTION FOR REDUCTION OF SENTENCE |
| RUDOLPH CLEMENS, | ) | |
| Defendant. | ) | |

    Defendant has filed a "Motion for Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(2) and U.S.S.G. § 1B1.10" in regards to the recent reduction in the United States Sentencing Guidelines ("USSG") range for crimes involving cocaine base ("crack cocaine"). This motion is denied.

    At the Defendant's sentencing hearing on January 28, 2008, he was facing imprisonment under the guidelines in the range of 262 to 327 months not only because of his pleading guilty to distributing 67.2 grams of a mixture containing crack cocaine in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A)(iii) but also because he was found to be a career offender as set out in USSG § 4B1.1. As stated on the record at the hearing, this Court did take into account the disparity between the guidelines sentencing positions as to cocaine and crack cocaine. This Court elected to sentence the Defendant outside the advisory guideline system and the actual imposed sentence was substantially below the guideline range.

    Furthermore, even if one were to consider the recent reduction under the USSG

as to crimes involving crack cocaine, such as 21 U.S.C. § 841(a)(1) and (b)(1)(A)(iii), that change would not benefit Defendant herein in any case. While the reduction would effect the sentence for the Section 841(a)(1) and (b)(1)(A)(iii) crime, it would not alter the calculation for the career offender aspect of the sentence under USSG § 4B1.1(b).

For the above reasons, Defendant's motion is denied.

DATED: This 23rd day of June, 2008

_____
GEORGE H. WU
United States District Court Judge