UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. CR 07-385-GW |
| Plaintiff(s), | ) ) ) | **ORDER DENYING "MOTION TO REDUCE SENTENCE AND APPOINT COUNSEL"** |
| v. | ) ) | |
| RUDOLPH CLEMENS | ) ) | |
| Defendant(s). | ) ) ) | |

**United States v. Rudolph Clemens**, Case No. CR 07-0385
Order Denying "Motion to Reduce Sentence and Appoint Counsel"

      This Court has received Rudolph Clemens' "Motion to Reduce Sentence and Appoint Counsel" (henceforth "Reduction Motion") which was filed on or about January 12, 2009. That motion asks this Court to "allow for a two-point reduction" in his offense level under the Sentencing Guidelines pursuant to the "retroactive . . . policy statement [in] §1B1.10" which deals with the disparity between powder versus rock/crack cocaine. Defendant's request is respectfully denied.

      The present motion is similar to the "Motion for Reduction of Sentence pursuant to Title 18 U.S.C. § 3582 © (2) [sic] and U.S.S.G. § 1B1.10" which Defendant filed in May of 2008. For the reasons stated in this Court's Order filed on June 23, 2008, the Reduction Motion here is also denied. While the Defendant continues to attempt to use the rock/crack versus powder cocaine disparity originally delineated in the Sentencing Guidelines as a basis for seeking a further reduction in his sentence, this Court at the time of his sentencing already recognized that disparity and on that basis (and others) elected to sentence him outside of (<u>and well below</u>) the Sentencing Guidelines range.

Dated: This 14th day of January, 2009.

                                              GEORGE H. WU
                                              United States District Judge